UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CYNTHIA WHITE, LUCIUS ANN MUMFORD, ELOISE SHELTON, MARKETA MALLARD,** )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>**vs.** )<br>)<br>**WYNDHAM WORLDWIDE CORP. INC., D/B/A THE TUTWILER HOTEL, WYNDHAM HOTEL GROUP, LLC, CENDANT HOTEL MANAGEMENT, INC., THE TUTWILER HOTEL, LLC,** )<br>)<br>)<br>)<br>)<br>)<br>)<br>**Defendants.** ) | **Civil Action No.**<br>**CV 07-RRA-0618-S** |

**MEMORANDUM OPINION**

This case comes before the court on the motions for summary judgment filed by defendants Wyndham Worldwide, Corp. Inc., Wyndham Hotel Group, LLC, Cendant Hotel Management, Inc. (Doc. No. 25), and The Tutwiler Hotel, LLC (Doc. No. 47). These motions seek dismissal of Plaintiff Cynthia White's claims through the doctrine of judicial estoppel. On January 11, 2008, the magistrate issued a report and recommendation and recommended that the motions be denied. The movants have filed objections to said recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his

recommendation is ACCEPTED.  The Court EXPRESSLY FINDS that there remain genuine issues of material fact and that the defendants are not entitled to judgment as a matter of law.  Accordingly, defendants' motions for summary judgment are due to be DENIED.  An appropriate order will be entered.

     DONE this 8th day of February, 2008.

                                              /s/ Lynwood Smith
                                          United States District Judge