FILED
2008 Feb-11  PM 04:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CYNTHIA WHITE, LUCIUS ANN MUMFORD, ELOISE SHELTON, MARKETA MALLARD,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) |
| **WYNDHAM WORLDWIDE CORP. INC., D/B/A THE TUTWILER HOTEL, WYNDHAM HOTEL GROUP, LLC, CENDANT HOTEL MANAGEMENT, INC., THE TUTWILER HOTEL, LLC,** | ) ) ) ) ) ) |
| **Defendants.** | ) |

Case No.: 2:07-CV-0618-RRA

## MEMORANDUM OPINION

This case comes before the court on the Motion for Conditional Class Certification and Judicial Notice filed by Plaintiffs. (Doc. # 14). Plaintiffs have moved for an order, pursuant to 29 U.S.C. § 216(b): (1) conditionally certifying as an opt-in class of similarly situated individuals "all current and former employees of any of the Defendants whose pay, during all or any portion of the period from April 1, 2004, through May 1, 2007, included any banquet service fees;" (2) authorizing the mailing or other delivery of the proposed "Notice of Suit for Overtime Pay" attached as Exhibit A to their motion; and (3) requiring Defendants to produce, within five days, the last known names, addresses, phone numbers, e-mail addresses and dates of employment of all past and present Callaway Partners' employed during the period from April 1, 2004, through May 1, 2007. Defendants oppose the motion, and the parties have submitted briefs addressing their positions.

On January 15, 2008, the magistrate recommended that the district court use its discretion to deny the motion. (Doc. # 56). Plaintiffs have objected to that recommendation. (Doc. # 60).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED,** and his recommendation is **ACCEPTED**.[1] Accordingly, Plaintiffs' Motion for Conditional Class Certification and Judicial Notice is due to be **DENIED**. (Doc. # 14). An appropriate order will be entered.

**DONE** and **ORDERED** this ____11th____ day of February, 2008.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

---

[1] The magistrate judge's report and recommendation did not address Defendants' argument that certification would be inappropriate because Plaintiffs are exempt employees. Indeed, there was no reason to reach that issue given the magistrate judge's recommendation that Plaintiffs' motion be denied for other reasons. In reviewing the matter *de novo*, this court also finds that it need not rule on the exemption question because, for the reasons outlined in the report and recommendation, it is not satisfied that there are other employees who desire to "opt-in" who are similarly situated with respect to job requirements and pay provisions.